Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                ) CHAPTER 13
                                      ) CASE NO. SV11-11571-GM
Harout Agopian                        )
                                      ) **ORDER DISMISSING CHAPTER 13**
                                      ) **PETITION DUE TO FAILURE OF**
                                      ) **DEBTOR(S) TO APPEAR AT THE 341(a)**
                                      ) **MEETING OF CREDITORS AND/OR TO**
                                      ) **MAKE PRE-CONFIRMATION**
                                      ) **PAYMENTS**
                                      )
                            DEBTOR    )

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: 4-8-11

Geraldine Mund
U. S. Bankruptcy Judge

1  Elizabeth Rojas, Chapter 13 Trustee
   15060 Ventura Blvd., Suite 240
2  Sherman Oaks, CA 91403
   (818) 933-5700  Fax: (818) 933-5755
3

4                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
5                      SAN FERNANDO VALLEY DIVISION

6  IN RE:                              )    CHAPTER 13
                                        )    CASE NO. SV11-11571-GM
7  Harout Agopian                       )
                                        )
8                                       )    **PROOF OF SERVICE BY MAIL**
                                        )
9                      DEBTOR           )
                                        )
10 ─────────────────────────────────────

11                          PROOF OF SERVICE

12     I declare under penalty of perjury that I am over the age of eighteen years and not a party to the
13 within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura
   Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 3/21/2011 I served the following document(s):
14 ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR
   AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing
15 a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States
   Mail addressed as follows:
16 Harout Agopian                          Ms. Jennifer Braun
   9550 Bothwell Rd                        Assistant United States Trustee
17 Northridge, CA 91324                    Department of Justice
                                            21051 Warner Center Lane, #115
18                                          Woodland Hills, CA 91367-1367

19

20 Executed at Sherman Oaks, California on March 21, 2011.

21

22                                  *Gisele Dorsey* (signature)
                                    Gisele Dorsey
23

Case No. SV11-11571-GM